# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JASON LLOYD PIERCE                                                                PLAINTIFF

V.                                    3:17CV00242 DPM/JTR

PATRICIA MARSHALL,
Poinsett County Sheriff's Office, et al.                                    DEFENDANTS

## ORDER

Jason Lloyd Pierce ("Pierce") is confined in the Poinsett County Detention Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.

Before Pierce may proceed with this case, the Court must screen his Complaint.[1] Pierce alleges that Defendants: (1) failed to answer or process his grievances; (2) refused to give him a new tray after he found a baby spider in his food; and (3) denied him access to a law library or legal materials. *Doc. 2.*

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

The Court needs additional information from Pierce to complete § 1915A screening. Thus, Pierce must file, within thirty days, an Amended Complaint clarifying: (1) how Defendants Marshall, Rorex, and Curry *each* personally participated in *each* alleged constitutional violation; (2) how he was harmed by not getting a new food tray; (3) how he was harmed by the denial legal materials or access to a law library; (4) whether he was a pretrial detainee or a convicted prisoner at the time of *each* alleged constitutional violation; and (5) whether he is suing the Defendants in their individual and/or official capacities.

IT IS THEREFORE ORDERED THAT Pierce must file, **on or before December 1, 2017,** an Amended Complaint containing the information specified in this Order. If he does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 1st day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE