# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JASON LLOYD PIERCE**
**ADC #154087**                                                    **PLAINTIFF**

v.                          No. 3:17-cv-242-DPM

**PATRICIA MARSHALL; STEVE ROREX,**
**Administrator, Poinsett County Sheriff's**
**Office; and ROBERT CURRY, Jailer,**
**Poinsett County Sheriff's Office**                              **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Pierce hasn't filed an amended complaint; instead, his mail is being returned undelivered. № 3, 6 & 7. Pierce's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 December 2017