# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JASON LLOYD PIERCE**
**ADC #154087**                                                        **PLAINTIFF**

v.                                    **No. 3:17-cv-242-DPM**

**PATRICIA MARSHALL; STEVE ROREX,**
**Administrator, Poinsett County Sheriff's**
**Office;   and ROBERT CURRY, Jailer,**
**Poinsett County Sheriff's Office**                    **DEFENDANTS**

## JUDGMENT

Pierce's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 December 2017